UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERMAINE BRANNER,

    Petitioner,

v.    Case No: 10-10988

JEFFREY WOODS,

    Respondent.
                                /

## JUDGMENT

In accord with the court's "Opinion and Order," dated October 11, 2012,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent, Jeffrey Woods, and against Petitioner, Jermaine Branner.

Dated at Detroit, Michigan, this 11th day of October, 2012.

                                          DAVID J. WEAVER
                                          CLERK OF THE COURT

                                  BY: S/Lisa Wagner
                                      Lisa Wagner, Deputy Clerk
                                      and Case Manager to
                                      Judge Robert H. Cleland